SCHWELLENBACH, Plaintiff, vs. WAGNER and others, Respondents: O'BRIEN and another, Appellants.

*January 5—February 3, 1953.*

For the appellants there were briefs by *Doar & Knowles* of New Richmond, and oral argument by *John Doar*.

For the respondents there was a brief by *Toebaas, Hart, Kraege & Jackman* of Madison, and *Gwin & Petersen* of Hudson, and oral argument by *W. L. Jackman*.

BROADFOOT, J.   The question of Wagner's negligence in failing to display the red flag was properly submitted, and that matter has been determined by a jury. Whether or not the negligence of Wagner in parking as he did was a proximate cause of the collision has not been answered. There must be a new trial on this question.

At the new trial the court will answer in the affirmative a question directed to Wagner's negligence in parking. He will then have a jury answer a question as to whether or not that negligence was a proximate cause of the collision.

*By the Court.*—Judgment reversed and cause remanded for further proceedings in accordance with this opinion.